UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
03 OCT 27 PM 12: 23

U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
SAN JOSE, CA.

In re:

Kenneth W. & Evelyn Wantz

Debtor(s)

Case No: 00-51947

ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to GE Capital Financial, Inc., in the amount of $1,006.09 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C. §347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that General Electric Company C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $1,006.09, to:

General Electric Company
C/o Dilks & Knopik, LLC
PO Box 502
Redmond, WA 98073-0502.

Dated: Oct. 27, 2023

Marilyn Morgan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

    Kenneth W. & Evelyn Wantz | Case No: 00-51947

Debtor(s)

## APPLICATION FOR UNCLAIMED FUNDS

Dilks & Knopik, LLC, attorney-in-fact for General Electric Company, claimant, hereby petitions the Court for $1,006.09, which is the sum of all monies being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds, which are due to GE Capital Financial, Inc., creditor.

The creditor did not receive the dividend check in the above case for the following reason:

The US Bankruptcy Court's Unclaimed Funds Report (attached) lists GE Capital Financial, Inc. as the creditor in the above captioned case. GE Capital Financial, Inc. is the corporate card unit of GE Card Services, as evidenced by exhibit A. GE Card Services is a subsidiary of General Electric Capital Corporation, as evidenced by exhibit B. General Electric Capital Corporation is a subsidiary of General Electric Company, as evidenced by exhibits C & D. Exhibit D is evidence that Mary Branthoover is authorized to sign on behalf of the company.

The Creditor's mailing address at the time the claim was filed with the Court was:

    GE Capital Financial, Inc.
    PO Box 103104
    Roswell, GA 30076

The claimant's current mailing address is:

    General Electric Company
    Mary Branthoover Senior Financial Analyst
    4211 Metro Pkwy, MS 5A
    Ft. Myers, FL 33913
    (941) 275-2971
    SS#/Tax ID: 14-0689340

1

Dated: 8/15/03

_____
Brian J. Dilks, Partner
Dilks & Knopik, LLC

Subscribed and Sworn Before Me this 15th day of August, 2003.

_____
Caryn M. Knopik, Notary Public

My commission expires: July 29, 2006
Notary in and for the State of Washington